IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00181-BNB

KEVIN JAMES O'KELLY,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director,
J. WHITEHEAD, Assistant Warden,
H. A. RIOS JR., Warden,
MICHAEL K. NALLEY, Regional Director,
M. SCHAPPAUGH, Clinic Director,
D. PELTON, P.A., and
A. JOHNSON, P.A.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On April 26, 2006, Plaintiff filed a "Motion to Direct U.S. Marshals to Serve Defendants." The Motion is DENIED as both premature and unnecessary.

Dated: April 27, 2006

Copies of this **Minute Order** were mailed on April 27, 2006, to the following:

Kevin J. O'Kelly
Reg. No. 26356-051
FPC - Florence
P.O. Box 5000
Florence, CO 81226

                              Secretary/Deputy Clerk