IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00181-PSF-BNB

KEVIN J. O'KELLY,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director,
J. WHITEHEAD, Assistant Warden,
H. A. RIOS JR., Warden,
MICHAEL K. NALLEY, Regional Director,
M. SCHAPPAUGH, Clinic Director,
D. PELTON, P.A., and
A. JOHNSON, P.A.,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: May 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00181-PSF-BNB

Kevin J. O'Kelly
Reg. No. 26356-051
FPC – Florence
PO Box 5000
Florence, CO 81226

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Michael K. Nalley, Regional Director – CERTIFIED
North Central Regional Office
Gateway Complex – Tower II
400 State Ave.
Kansas City, KS 66101

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
DELIVERED ELECTRONICALLY

J. Whitehead, H.A. Rios, Jr.,
M. Schappaugh, D. Pelton,
and A. Johnson – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on J. Whitehead, H.A. Rios, Jr., M. Schappaugh, D. Pelton, and A. Johnson, and to Harley Lappin, Michael K. Nalley, the United States Attorney General, and to the United States Attorney's Office: AMENDED COMPLAINT FILED 4/26/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/19/06.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk