IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00181-PSF-BNB

KEVIN J. O'KELLY,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director;
J. WHITEHEAD, Assistant Warden;
H. A. RIOS, JR., Warden;
MICHAEL K. NALLEY, Regional Director;
M. SCHAPPAUGH, Clinic Director;
D. PELTON, P.A; and
A. JOHNSON, P.A.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
## DATED JANUARY 9, 2007

    This matter comes before the Court on the Recommendation of the Magistrate Judge entered January 9, 2007 (Dkt. # 38), in which he recommends granting the Motion to Dismiss filed by Defendants Lappin, Rios, Nalley and Schappaugh (Dkt. # 34), and dismissal of this case with prejudice for failure to state a claim for relief. The plaintiff was directed to respond to the motion to dismiss by September 29, 2006, but failed to do so. He also has filed no objection to the Recommendation of the Magistrate Judge.

    Based on the reasons set forth in the Recommendation of the Magistrate Judge, this Court finds that this case should be dismissed with prejudice. The

exclusive remedy for the prison workplace injury and claims alleged by plaintiff is the compensation allowed under 18 U.S.C. § 4126.  *See Alvarez v. Gonzalez*, 2005 WL 3008788 **1 (10th Cir., Nov. 10, 2005), and the cases cited therein.  Thus he may not bring a *Bivens*-type claim for violation of his Eighth Amendment rights as alleged in his Second Amended Prisoner Complaint (Dkt. # 10 at 4).

Accordingly, the Recommendation of the Magistrate Judge is ACCEPTED, defendants' Motion to Dismiss (Dkt. # 34) is GRANTED and this case is DISMISSED WITH PREJUDICE.

The Clerk of the Court is DIRECTED TO ENTER JUDGMENT in accordance with this order.

DATED:  January 30, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge